IN THE UNITED STATES DISTRICT FOR THE MIDDLE DISTRICT OF ALABAMA

DAVID LEE LONG, )
  Petitioner )
 ) CIVIL ACTION NO: 2:07CV156-WKW
GRANT CULLIVER III (Warden), )
  Respondents  Et. al, )
 )

RECEIVED
2007 FEB 22 A 9: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR APPOINTMENT OF COUNSEL PRIOR TO THE FILING 2254 HABEAS CORPUS PETITION

Comes now the above styled Petitioner, DAVID LEE LONG, Pursuant to the Anti-Drug Abuse Act of 1988, which mandates the appointment of counsel for all indigent capital prisoners seeking habeas corpus of others Federal Post Conviction relief. See McFarland v. Scott, 512 U.S. 349 (1994) by Providing indigent capital defendant with a mandatory right to qualified legal counsel in these Proceedings under 18 U.S.C. 3006(a). The Petitioner moves this Court for appointment of counsel to represent him in the case for the following reason:

1. Petitioner is indigent and not able to afford representation.

2. Pre-filing appointment may be need so counsel can conduct a preliminary factual investigation and ensure that all- Possible claim for relief have been uncovered and evaluated.

3. Legal assistance prior to filing of a federal Petition can be very valuable to Prisoner.

4. Petitioner has colorable Claims, but lack the capacity to present it, and or in which the legal issues are difficult and the Petitioner has not demonstrated a workable knowledge of the legal process.

5. Right to counsel necessarily includes a right for that Counsel meaningfully to research and Present a defendant's habeas Corpus Claims.

done this the 12th February of 2007

Respectfully submitted,

David L Long
DAVID LEE LONG
A.I.S.#204928-E1-21A
Holman Unit 3700
Atmore, Ala. 36503

DAViD L. LoNG # 204928-E1-21A
Hilman unit 3700
Atmore, Ala. 36503

**LEGAL MAIL ONLY**
36101+0711-11 B007

UniTED STATES DisTRiCT CouRT
MiDDLE District oF AlABAMA
Office of the Clerk
Post office Box 711
MoNTGoMERY, AlaBAMA 36101-0711