IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID LEE LONG, #204 928           *

    Petitioner,                              *

        v.                                      *        2:07-CV-156-WKW

GRANT CULLIVER, WARDEN,    *
*et al.*,
                                            *

    Respondents.
_____

**ORDER ON MOTION**

For good cause, it is

ORDERED that Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2) be and is hereby GRANTED.

Done, this 26th day of February 2007.

          /s/ Wallace Capel, Jr.
          WALLACE CAPEL, JR.
          UNITED STATES MAGISTRATE JUDGE