IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

DAVID LEE LONG, #204 928          *

    Petitioner,                   *

        v.                         *     2:07-CV-156-WKW
                                             (WO)
GRANT CULLIVER, WARDEN,           *
*et al.*,
                                  *
    Respondents.

_____

### RECOMMENDATION OF THE MAGISTRATE JUDGE

Petitioner initiated this matter by filing a request for counsel prior to the filing of a 28 U.S.C. § 2254 petition. That request was denied by order entered February 23, 2007. (*See* Doc. No. 3.)

On February 26, 2007, the court granted Petitioner fifteen days to inform the court of the true nature of the action he sought to file by initiating this matter and the true nature of the relief sought. In so doing, the court informed Petitioner that it is not authorized to consider a second or successive habeas corpus petition without an order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive application for habeas corpus relief.[1] (*See* Doc. No. 4.)

---

[1] In its February 26, 2007 order, the undersigned noted that the records of this court reflect that Petitioner previously filed a federal habeas corpus petition challenging his convictions for capital murder and attempted murder entered against him by the Circuit Court for Montgomery County, Alabama, and for which he is serving a sentence of life without the possibility of parole. *See Long v. Bullard*, Civil Action No. 2:02-CV-561-MHT (M.D. Ala.).

A review of the court docket reflects that the requisite time has passed and Petitioner has filed no response to the court's February 26 order. Consequently, the court concludes that dismissal of this case is appropriate for Petitioner's failures to comply with the order of the court and to prosecute this action.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Petitioner's failures to comply with the order of this court and to prosecute this action.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **April 2, 2007**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981 ) (*en banc*), adopting as binding precedent all of the

decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

    Done, this 20th day of March 2007.

                                  /s/ Wallace Capel, Jr.
                                  WALLACE CAPEL, JR.
                                  UNITED STATES MAGISTRATE JUDGE