IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID LEE LONG, #204 928 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-156-WKW |
| ) | |
| GRANT CULLIVER, WARDEN, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On March 20, 2007, the Magistrate Judge filed a Recommendation (Doc. # 6) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice for Petitioner's failures to comply with the order of this court and to prosecute this action.

DONE this 26th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE